Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL: (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Travis Ricardo

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVIS RICARDO,<br>　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner Of Social Security,<br>　　　Defendant. | Case No.: 5:16-cv-01654-~~AB~~-AS<br><br>[~~PROPOSED~~] ORDER FOR AWARD OF EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

　　**IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **FOUR THOUSAND DOLLARS ($4,000.00)** as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: August 14, 2017　　　　　　　　/ s / Alka Sagar

　　　　　　　　　　　　　　　　　　HON. ALKA SAGAR
　　　　　　　　　　　　　　　　　　United States Magistrate Judge